J. L. CARTER v. SARAH E. CARTER, EXECUTRIX, &c.

36 693
74 229

A claimant of property which had been levied on as the property of another cannot assert his title to the property by a simple unsworn proceeding without bond, denominated by him an intervention in the original suit. He must proceed according to the Statute, Paschal's Digest, Article 5310, by making oath in writing to his claim of the property, and by executing bond as prescribed in the act.

APPEAL from Freestone.  Tried below before the Hon. J. B. Rector.

There is no occasion for a statement of the facts.

*Miller & Dowell*, for the appellant.

*Moore & Shelley*, for the appellee.

OGDEN, J.  The appellant filed in the court below his petition for intervention, setting up a claim to two bales of cotton levied upon as the property of Henry Carter.

On motion, his prayer for intervention was stricken out by the court, because the same was not sworn to as prescribed by the statute, and because the same was not accompanied by a bond, as required in such cases, and he has appealed.  We see no error in the ruling of the court, and the judgment is affirmed.

Affirmed.